AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
| --- | --- |
| v. | ) |
| Hunter Seefried | ) Case: 1:21-mj-00046 |
|  | ) Assigned to: Judge Robin M. Meriweather |
|  | ) Assign Date: 1/13/2021 |
|  | ) Description: COMPLAINT W/ARREST WARRANT |
| *Defendant* | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Hunter Seefried,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S. Code § 1361 - Government property or contracts

18 U.S.C. 1752 (a)- Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority

40 U.S.C. 5104(e)- Violent Entry and Disorderly Conduct on Capitol Grounds

Date: 01/13/2021

*Issuing officer's signature*

Robin M. Meriweather
2021.01.13 13:49:00 -05'00'

City and state:  Washington, DC     Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 01/14/2021, and the person was arrested on *(date)* 01/14/2021
at *(city and state)* Wilmington Delaware.

Date: 01/14/2021

*Arresting officer's signature*

Francis J Cesare   Special Agent
*Printed name and title*